BEFORE THE SECOND DIVISION, JULY 28, 1953

**No. 57446.**—Freedman & Slater, Inc. *v.* United States, protests 172460–K, etc. (New York).

Opinion by LAWRENCE, J.   It was stipulated that certain items of the merchandise consist of aluminum scrap of which metal is the component material of chief value and which is secondhand and fit only to be remanufactured.   Upon the agreed statement of facts, it was held that the merchandise comes within the provisions of Public Law 869, *supra*, and is properly entitled to free entry.